[No. 37094-4-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
TARIQ A. MUSAWWIR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-8-00264-1, Linda C. Krese, J., entered July 21, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37113-4-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
R.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01607-5, Janice Niemi, J., entered July 21, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37118-5-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
JARED RYAN MARCUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-02799-9, Marsha J. Pechman, J., entered July 27, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 37613-6-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
STACIE R. AVERY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01106-0, Mary Wicks Brucker, J., entered October 9, 1995. *Affirmed in part, reversed in part* by unpublished per curiam opinion.